NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

1.0 LLC, a Nevada limited liability )
Company, )
        Appellant, )
 )
v. )      Case No. 2D17-1244
 )
PEO DEPOT, INC. a Florida corporation; )
and TIMOTHY BOURDEAU, )
 )
        Appellees. )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for
Hillsborough County; S. Scott Stephens,
Judge.

Seldon J. Childers of ChildersLaw, LLC,
Gainesville, for Appellant.

Charles W. Gerdes and Nicole M.
Ziegler of Keane, Reese, Vesely &
Gerdes, P.A., St. Petersburg, for
Appellees.


PER CURIAM.


      Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.